IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHNNY BARNES, JR.**  **PLAINTIFF**
**#601483**

V.  NO. 3:22-cv-00055-LPR-ERE

**KEVIN MOLDER** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After carefully considering the Recommendation and making *a de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.[1]

Mr. Barnes' claims against Defendants Kevin Molder and Patrish Marshall are DISMISSED, without prejudice, based on his failure to state a plausible claim for relief against those Defendants. The Clerk is instructed to terminate Kevin Molder and Patrish Marshall as party Defendants. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order would not be taken in good faith.

IT IS SO ORDERED this 23rd day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that in addition to claims of inadequate medical treatment, Mr. Barnes also makes claims of unconstitutional conditions of confinement. In any event, Judge Ervin is correct that Mr. Barnes' Complaint does not identify any personal acts or knowledge of Molder or Marshall. Thus, no viable claim is stated against either of them.