IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHNNY BARNES, JR.**                                                        **PLAINTIFF**

V.                NO. 3:22-CV-00055 LPR-ERE

**SUSAN COX-DUFFEL**                                          **DEFENDANT**

## SCHEDULING ORDER

With regard to Plaintiff's claims against Defendant Susan Cox-Duffel the stay of discovery is now lifted, and the parties have until **May 30, 2023** to complete discovery. Any party seeking summary judgment on the merits must file a motion by **June 30, 2023**.[1]

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Defendants are granted permission to depose Plaintiff if they so choose.

DATED this 3rd day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If this case proceeds to trial, a final scheduling order will be issued.