**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JOHNNY BARNES, JR.**                                                    **PLAINTIFF**
**#655506**

**V.**                          **NO. 3:22-cv-00055-LPR-ERE**

**SUSAN COX-DUFFEL**                                                 **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I.      Procedure for Filing Objections:**

This Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

**II.     Discussion:**

On March 7, 2023, Plaintiff Johnny Barnes, Jr., formerly an inmate at the Poinsett County Detention Center ("Detention Center"), filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*.

On May 23, 2023, Defendant Susan Cox-Duffel moved to dismiss Mr. Barnes' claims against her based on his failure to update his address. *Doc. 22*. She

explained that when she attempted to schedule Mr. Barnes' deposition at the Detention Center, Detention Center staff notified her that Mr. Barnes was no longer incarcerated at the Detention Center.

Accordingly, on the same day, the Court provided Mr. Barnes an opportunity to respond to Defendant Cox-Duffel's motion by May 12, 2023. *Doc. 25*. That Court Order was recently returned as "undeliverable" with the notation "Not at this Address." *Doc. 26*.

Mr. Barnes has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order. As a result, the Court has no way to communicate with Mr. Barnes regarding his lawsuit.

**III.    Conclusion:**

IT IS THEREFORE RECOMMENDED THAT:

1.      Defendant Cox-Duffel's motion to dismiss (*Doc. 22*) be GRANTED.

2.      Mr. Barnes' complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's May 23 Order; (3) update his address; and (4) prosecute this lawsuit.

3.      The Clerk be instructed to close this case.

3

Dated 14 June 2023.

_____
UNITED STATES MAGISTRATE JUDGE