IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHNNY BARNES, JR.**  **PLAINTIFF**
**#655506**

V.                          NO. 3:22-cv-00055-LPR

**SUSAN COX-DUFFEL**  **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition (RD) from Magistrate Judge Edie R. Ervin.[1] No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD and careful consideration of the record in this case, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.

Accordingly, Defendant Cox-Duffel's Motion to Dismiss (Doc. 22) is GRANTED. Plaintiff's Complaint is DISMISSED without prejudice. Judgment will be entered accordingly. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 8th day of November 2023.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 27.